John L. Campbell 199918
C/o Pamunkey Regional Jail
P.O. Box 485
Hanover, Va. 23069                    Nov 7, 2018

Clerk, U.S. District Court
701 East Broad Street Suite 3000
Richmond, Va. 23219


RECEIVED
NOV - 8 2018
CLERK U.S. DISTRICT COURT
RICHMOND, VA.

Re: U.S. v. John L. Campbell  No. 3:18CR 124

Dear Clerk,

I John L. Campbell would like to know if we had a Preliminary Hearing, and Detention Hearing, on Oct 22, 2018., If this is so, I don't recall any agents or officers that the government called to testify, nor did my Attorney Mr. J Paul Gregorio, cross-examine the law enforcement officers mentioned in this case.

For your file I would like for you to make note of this and I would like to respectfully ask the courts why wasn't we allowed to cross-examine agents and officers involved in this matter. I asked my Attorney Mr. J. Paul Gregorio to file a motion to suppress, also a motion to severance felony gun possession, from trial.

Respectfully Submitted
John L. Campbell
John L. Campbell

Attorney: J Paul Gregorio ESQ
(804) 935-3090

Mr. John L. Campbell #29913
c/o Pamunkey Regional Jail
P.O. Box 485
Hanover, Va. 23069

RICHMOND VA 230
07 NOV 2018 PM 7 L
FOREVER USA
Barn Swallow

Clerk, U.S. District Court
701 East Broad Street, Suite 3000
Richmond, Va. 23219

23219-352899

PAMUNKEY REGIONAL JAIL
HANOVER VA 23069
THIS JAIL IS NOT RESPONSIBLE FOR
THE CONTENTS OF THIS ARTICLE

© USPS 2015

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Paper